[No. 4523–II.   Division Two.   April 7, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER
JAMES GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–429, John H. Kirkwood, J.,
entered January 18, 1980. *Affirmed* by unpublished opinion

per Petrie, A.C.J., concurred in by Pearson and Corbett, JJ.